UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>    Plaintiff,<br><br>    v.<br><br>GUILLERMINA CABRAL,<br><br>    Defendant. | Case No. 23-cv-00310-TSH<br><br>**ORDER GRANTING MOTION TO DISMISS STATE LAW CLAIMS**<br><br>Re: Dkt. No. 14 |

Plaintiff Jose Trujillo filed this suit against two Defendants: (1) Guillermina Cabral aka Guillermina Letona dba La Huereta Market #7 aka Carniceria El Toro Meat Market, and (2) Francisco Ramos dba El Toro Meat Market #2. He alleges failure to provide accessible accommodations in violation of the Americans with Disabilities Act, the California Unruh Civil Rights Act, and California Health and Safety Code section 19955(a). Trujillo subsequently dismissed Francisco Ramos. ECF No. 11. Guillermina Cabral now moves to dismiss Trujillo's Unruh Act and Health and Safety Code claims. ECF No. 14. Trujillo filed a statement of non-opposition, stating he does not oppose the motion and intends to proceed with his ADA claim only. ECF No. 15. Accordingly, the Court **GRANTS** Cabral's motion and **DISMISSES** Trujillo's second and third causes of action. This action shall proceed as to the ADA claim only.

**IT IS SO ORDERED.**

Dated: July 3, 2023

_____
THOMAS S. HIXSON
United States Magistrate Judge